Mendonca v Plaza Constr. LLC (2023 NY Slip Op 01052)

Mendonca v Plaza Constr. LLC

2023 NY Slip Op 01052

Decided on February 23, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: February 23, 2023

Before: Kern, J.P., Singh, Shulman, Pitt-Burke, Higgitt, JJ. 

Index No. 155011/19 Appeal No. 17277 Case No. 2021-02307 

[*1]Frederico Mendonca, Plaintiff-Appellant,
v
Plaza Construction LLC, et al., Defendants-Respondents.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (David Benjamin Cohen, J.), entered on or about June 10, 2021,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated January 23, 2023,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: February 23, 2023